UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


NEDRA POLK,

        Plaintiff

    v.                      C-1-09-799

PSYCHIATRIC PROFESSIONAL
SERVICES, INC. *et al.*,

        Defendants


## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 16) to which neither party has objected.

Upon a *de novo* review of the record and in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Recommendation of the United States Magistrate Judge (doc. no. 16) is hereby ADOPTED. Plaintiff's Motion for Leave to File an Amended Complaint (doc. no. 14) is GRANTED; plaintiff's counsel is DIRECTED to FILE the Amended Complaint; and defendant's Motion to Dismiss (doc. no. 10) is DENIED AS MOOT.

**This case is RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.**

**IT IS SO ORDERED.**

              **s/Herman J. Weber**
             **Herman J. Weber, Senior Judge**
              **United States District Court**